No. A–643 (94–8262). LACKEY v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

MARCH 6, 1995

No. 94–379. ANHEUSER-BUSCH COS., INC., ET AL. v. SUMMIT COFFEE CO. ET AL. Ct. App. Tex., 5th Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gustafson* v. *Alloyd Co.*, 513 U. S. 561 (1995). 

No. ——— ——. MOORE, GUARDIAN AD LITEM v. AETNA CASUALTY & SURETY CO., INC. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. A–543. PLY v. WASHINGTON. Application for bond, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. A–610 (94–8080). HEARN v. WELLINGTON LEASING CO. ET AL. C. A. 2d Cir. Application for stay of eviction, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. D–1486. IN RE DISBARMENT OF COLLINS. Disbarment entered. [For earlier order herein, see 513 U. S. 1073.]

No. D–1487. IN RE DISBARMENT OF OJI. Disbarment entered. [For earlier order herein, see 513 U. S. 1073.]